IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Richard Tyler Hunsinger | Criminal Action No.<br><br>1:20-CR-00466 |

**Government's Motion for Leave to File Dismissal**

It appearing in the above-styled case, that upon the authority of the undersigned, in the Indictment, filed December 1, 2020, charging violation of 18 U.S.C. Section(s) 111, 844 and 1361, all counts are dismissed as to Richard Tyler Hunsinger and Movant prays leave of Court to file the same.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

By:   Matthew S. Carrico
       *Assistant United States Attorney*
       Georgia Bar No. 538608
       matthew.carrico@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

---

**Order**

Now, to-wit, on the _____ day of _____, 20___, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

AMY TOTENBERG
UNITED STATES DISTRICT JUDGE